UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-10390-MLW

MATTHEW COBB, ESQ.,

    Plaintiff,

v.

BOARD OF BAR OVERSEERS OF THE MASSACHUSETTS, ET AL.,

    Defendants.

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Assistant Attorney General John R. Hitt as counsel for the defendants.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
John R. Hitt (BBO # 567235)
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA  02108
(617) 727-2200, ext. 2995

DATED: April 14, 2004