UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Matthew Cobb,  )  | CIVIL ACTION |
| Plaintiff,  )  |  |
| )  | 04  10390  MLW |
| vs.  ) | |
| Supreme Judicial Court of the Commonwealth of) Massachusetts by and through its individual members in their respective Official capacities, Honorable Margaret H. Marshall, C.J., John M. Greaney, J., Francis X. Spina, J., Martha B. Sosman, J., Roderick L. Ireland, J., Judith A. Cowin, J., and Robert J. Cordy, J. | |

PLAINTIFF'S MOTION FOR ISSUANCE OF:

TEMPORARY RESTRAINING ORDER AND ORDER OF NOTICE AS TO WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE,

OR, IN THE ALTERNATIVE,

SHORT ORDER OF NOTICE WITH RETURN DATE ON OR BEFORE MAY 5, 2004,

TOGETHER WITH REQUEST FOR LEAVE TO FILE BRIEF IN SUPPORT HEREOF IN EXCESS OF TWENTY PAGES.

---

Now comes the Plaintiff, Matthew Cobb, and, pursuant to F.R.Civ.P. 65(b) and Local Rule 7.1, respectfully Moves for: the issuance of a Temporary Restraining Order and an Order of Notice to the Defendants as to why a Preliminary Injunction should not issue, or, in the alternative, for a Short Order of Notice with a Return Date on or Before May 6, 2004, with a additional request for leave to file Brief in support hereof in excess of twenty pages.

In support hereof, Plaintiff respectfully submits herewith his Brief in Support of Temporary Restraining Order with incorporated Affidavit.

WHEREFORE, the Plaintiff, Matthew Cobb, respectfully asks that the within Motion be Allowed.

Respectfully submitted,

*[signature]*
Matthew Cobb
Law Office of Matthew Cobb
101 Tremont Street
Boston, Massachusetts 02108
(617) 357-7300

*[handwritten: Served via email by consent]*

L.R. 7.1

I, Matthew Cobb, proposed to the attorney for the Defendants that the Parties enter into a Temporary Consent Decree for such duration as to be able to set down a convenient time for this Court to hear a Motion on Preliminary Injunction. The proposal was rejected, and this Motion has been filed.

*[signature]*