UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MATTHEW COBB,                      )
     Plaintiff,                    )
                                   )
     v.                            )     C.A. No. 04-10390-MLW
                                   )
MARGARET H. MARSHALL, et al.,      )
     Defendants.                   )
```

ORDER

WOLF, D.J.                                                May 5, 2004

For the reasons described in court on May 5, 2004, it is hereby ORDERED that:

1. Plaintiff Matthew Cobb's Motion for a Preliminary Injunction barring the single justice session of the Supreme Judicial Court from conducting the hearing scheduled for May 6, 2004 (Docket No. 5) is DENIED.

2. This case is STAYED pending the ruling of the single justice session of the Supreme Judicial Court.

3. The parties shall, within fourteen days of the ruling by the single justice session of the Supreme Judicial Court, confer and submit a proposed schedule for the resolution of the plaintiff's motion for a preliminary injunction and the defendants' motion to dismiss.

                                        /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE