UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10390

| Matthew Cobb | The Supreme Judicial Court of Massachusetts et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Matthew Cobb | John Hitt |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf           CLERK  O'Leary              REPORTER  Twomey

CLERK'S NOTES

| DATES: | Motion Hearing Held |
|---|---|
| 05/05/04 | Court listens to oral argument on plaintiff's motion for TRO (docket no. 5). |
| | Court treats the hearing solely as a motion for preliminary injunction as to the hearing before a single justice of the SJC scheduled for tomorrow, May 6, 2004. Court denies plaintiff's motion for preliminary injunction (Docket no 5). Written order to issue. Court proposes to stay the remainder of the case and will order the parties to confer and propose a schedule within two weeks of a decision from the single justice. |