UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

Matthew Cobb,                              )
                                           )   CIVIL ACTION
    Plaintiff,                             )
                                           )   04  10390  MLW
vs.                                        )
                                           )
Honorable Margaret H. Marshall, et al.,    )
                                           )
    Defendants.                            )

### PLAINTIFF'S RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER

Now comes the Plaintiff, Matthew Cobb, and respectfully Renews his Motion for Temporary Restraining Order as follows. In support of this Motion, the Plaintiff submits herewith his Brief in support hereof.

Wherefore, the Plaintiff, Matthew Cobb, respectfully requests that enforcement of the Single Justice's Order of August 2, 2004 be enjoined until this Court's ultimate decision on preliminary injunction after evidentiary hearing.

8/9/04

Respectfully submitted,

[signature]

Matthew Cobb
101 Tremont Street
Boston, Massachusetts  02108
(617) 357-7300

LR 7.1

I informed opposing counsel by message to his Office of my filing of this Motion. He is not in the office today. MC

Page 1 of 1

Served via US mail, fax & email
8/9/04 MC