```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

MATTHEW COBB,                      )
     Plaintiff,                    )
                                   )
     v.                            )    C.A. No. 04-10390-MLW
                                   )
MARGARET H. MARSHALL, et al.,      )
     Defendants.                   )
```

ORDER

WOLF, D.J.                                            August 16, 2004

    The court has received plaintiff Matthew Cobb's Renewed Motion for Temporary Restraining Order. As the supporting brief indicates that Cobb's "impending disbarment [is not] effective [until] September 1, 2004," the court is allowing the defendants the full fourteen day period provided for by Local Rule 7.1(b)(2) to respond to Cobb's Motion. Pl.'s Br. at 14.

    The court further notes that the August 2, 2004 Memorandum and Order of the Supreme Judicial Court for Suffolk County, which is attached to Cobb's brief as exhibit B, refers to two attachments which are incorporated by reference, the reports of the hearing committee and Board of Bar Overseers panel. The court is ordering Cobb to provide the court with copies of these attachments.

    Accordingly, it is hereby ORDERED that:

    1. The defendants shall, by August 23, 2004, respond to plaintiff Matthew Cobb's Renewed Motion for a Temporary Restraining Order.

    2. Cobb shall, by August 20, 2004, file copies of the

attachments to the August 2, 2004 Memorandum and Order of the Supreme Judicial Court for Suffolk County.

               /s/ Mark L. Wolf
             UNITED STATES DISTRICT JUDGE