UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

Matthew Cobb,                                      )
                                                   )   CIVIL ACTION
                                                   )   04  10390  MLW
vs.                                                )
                                                   )
Supreme Judicial Court of Massachusetts            )

PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Please take notice that the Plaintiff, Matthew Cobb, has changed his mailing address to the below described address:

Matthew Cobb
P.O. Box 2093
Acton, MA 01720
(617) 357-7300
(978) 985-7523 cell.

Respectfully submitted,

_____
Matthew Cobb
P.O. Box 2093
Acton, MA 01720
(617) 357-7300
(978) 985-7523 cell
cobbmotorsmith@yahoo.com

Served to court record
this 23 Aug '04 via
US mail.