UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

Matthew Cobb,                                    )
                                                 )
                                                 )           CIVIL ACTION
vs.                                              )           04  10390  MLW
                                                 )
Supreme Judicial Court of Massachusetts          )
                                                 )

**PLAINTIFF'S MOTION NUNC PRO TUNC WITH AFFIDAVIT IN SUPPORT THEREOF FOR LEAVE TO FILE ATTACHMENTS AS ORDERED AUGUST 16TH, 2004**

Now comes the Plaintiff, Matthew Cobb, and respectfully moves for leave to file the two attachments which this Court Ordered (on August 16th, 2004) to be filed on August 20th, 2004. In support of this motion, Cobb respectfully submits his Affidavit, which is attached hereto as Exhibit "C". The above referenced two attachments are attached hereto as Exhibits "A" and "B".

Wherefore, in consideration of the facts set forth in Exhibit "C", Cobb respectfully requests that the within motion be allowed.

                                        Respectfully submitted,

                                        [signature]
                                        Matthew Cobb
                                        P.O. Box 2093
                                        Acton, Massachusetts 01720
                                        (617) 357-7300 /(978) 985-7523 cell.

*Served via US Mail to counsel of record this 23 Aug '04*
*/mc/*