UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MATTHEW COBB</u>
        Plaintiff

                                          CIVIL ACTION
                                          NO. <u>04-10390-MLW</u>
    V.

<u>SUPREME JUDICIAL COURT et al</u>
        Defendants

<u>NOTICE</u>

<u>WOLF, D.J.</u>

    PLEASE TAKE NOTICE that the above-entitled case has been set for a <u>HEARING</u> on <u>AUGUST 27, 2004</u> at <u>10:00</u> A.M. before Judge <u>WOLF</u> in Courtroom # <u>10</u> on the <u>5th</u> floor.

                                                    TONY ANASTAS, CLERK

<u>August 25, 2004</u>                    By:   <u>/s/ Dennis O'Leary</u>
Date                                   Deputy Clerk

**Notice mailed to:**
(notice.frm - 10/96)                                                 [ntchrgcnf.]