UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10390

| Matthew Cobb | Supreme Judicial Court et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Pro Se | Jonathan Hitt |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary              REPORTER   Dahlstrom

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 08/27/04 | Court listen's to oral arguments on Plaintiff's renewed motion for a temporary restraining order (docket no |
| | 11).  Any further appeal by the defendant to the SJC does not stay the order for disbarment unless it is requested |
| | by the plaintiff by way of motion to either a single justice or the full bench of the SJC.  Court takes the matter |
| | under advisement and orders the parties to purchase the transcript from today hearing.  Court will either |
| | issue a written order or have the parties appear on 8/31/2004 at 2:00 PM.  Parties should check with the |
| | deputy clerk on Monday afternoon as to whether they need to appear on the 31st. |