UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

Matthew Cobb,           )   CIVIL ACTION
                        )
    Plaintiff,          )   04  10390  MLW
                        )
vs.                     )
                        )
Supreme Judicial Court, et al., )
                        )
    Defendants

PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF
RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR TRO.

Now comes the Plaintiff, Matthew Cobb, and respectfully moves for leave to reply to <u>Defendants' Opposition to Plaintiff's Renewed Motion for Temporary Restraining Order</u>. The proposed Reply Brief as such is respectfully submitted herewith.

In support hereof, Cobb respectfully submits that:

1) The position taken by the Attorney General in this matter is contrary to one recently taken in another matter involving doings at the Massachusetts BBO. <u>Johnson v. BBO, et al.</u>, 2004 U.S. Dist. LEXIS 9520, May 26, 2004 (C.J., William G. Young)(copy is attached to Reply Brief). This discrepancy should therefore be addressed because it affects the Massachusetts Supreme Judicial Court's (SJC) responsibility as a matter of law, <u>Middlesex County Ethics Committee v.</u>

Page 1 of 3

as applied) - when the dearth of evidence alone as to the "theft" derived disbarment has so admittedly influenced this matter that Justice cannot be plausibly attained by simply excising such capital charge from the proceedings. The proceedings here challenged were fatally and irreparably tainted by this known false charge which the State for over three and one-half years has had both Notice and Opportunity to withdraw yet has refused.

Respectfully submitted,

Matthew Cobb
P.O. Box 2093
Acton, Massachusetts 01720
(617) 357-7300 or
(978) 985-7523 (cell)

8/26/04

L.R. 7.1 and Certificate of Service

I, Matthew Cobb, today attempted to contact Mr. John Hitt, attorney for the government, to discuss the filing of this motion, and to gain an assent therefore. He is not in today, so I informed him via voice mail that I was moving to file a reply, and that I would email the same to him given tomorrow's hearing. I am additionally hand delivering this document to his office today.